**Order entered March 6, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01325-CV

**JOHN H. CARNEY & ASSOCIATES, Appellant**

**V.**

**OFFICE OF THE ATTORNEY GENERAL OF TEXAS, Appellee**

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-02253**

## ORDER

On February 10, 2014, we granted court reporter Antoinette Reagor's request for an extension of time to file the record and ordered the record be filed by February 25, 2014. To date, however, the record has not been filed. Accordingly, we **ORDER** Ms. Reagor to file the record no later than March 17, 2014. Because the record was originally due October 29, 2013, *arrangements for a substitute reporter must be made, if necessary, as no extensions will be granted absent exigent circumstances.* *See* TEX. R. APP. P. 35.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to (1) Ms. Reagor, Official Court Reporter of the 68th Judicial District Court, (2) the Honorable Martin Hoffman, Presiding Judge of the 68th Judicial District Court, and (3) the parties.

/s/     ELIZABETH LANG-MIERS
          JUSTICE